**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# CHANGE OF PLEA HEARING

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ABDIRASHID BIXI DOOL,<br><br>Defendant. | COURTROOM MINUTES - CRIMINAL<br>BEFORE: Nancy E. Brasel<br>U.S. District Judge<br><br>Case No:          25-cr-447 (1) (NEB/DTS)<br>Date:             July 13, 2026<br>Court Reporter:   Renee Rogge<br>Courtroom:        13W<br>Time Commenced:   1:05 p.m.<br>Time Concluded:    1:50 p.m.<br>Time in Court:    45 minutes |

APPEARANCES:
 Plaintiff:     Austin Bowyer and Matthew Murphy, Assistant U.S. Attorneys
 Defendant:     Andrew Birrell and Ian Birrell, Retained Attorneys

PROCEEDINGS:

CHANGE OF PLEA HEARING:

PLEA:
☒   Guilty plea entered as to Count 1 of the Indictment.
☒   Presentence Investigation Report Requested.
☒   Defendant is released on bond conditions.


Date: July 13, 2026                          s/Kristine Wegner
                                             Courtroom Deputy to Judge Nancy E. Brasel